


# STS LOCATIONS

**We challenge any rental tool company to come close to our safety record.**

## LOUISIANA:

**STS** (TT)
110 Row 2 Canebrake
Lafayette, LA 70508
(337) 232-0053

**STS** New Orleans Sales
1100 Poydras Ave., Ste. 2900
New Orleans, LA 70163
(504) 585-7949

**STS** (WL/SL/PR)
1905 Coteau Road
Houma, LA 70364
(985) 868-3257

**STS** (WL/SL/PR)
121 Old Farm Lane
Broussard, LA 70518
(337) 839-1002

**STS** (WL/SL/PR)
7550 HWY 23
Belle Chasse, LA 70037
(504) 391-9154

**STS** Lafayette Sales
302 La Rue France, Ste. 101
Lafayette, LA 70508
(337) 232-4441

**STS** (GP/PS/CT)
4704 E. Admiral Doyle Dr.
New Iberia, LA 70560
(337) 365-4787

**STS** Service Center
4008 Third St.
New Iberia, LA 70560
(337) 365-4496

## MISSISSIPPI:

**STS** (FS/CT/PS/SL)
1643 HWY 184 East
Laurel, MS 39442
(601) 425-1949

## NEW MEXICO:

**STS** (WL/SL)
3202 Enterprise
Hobbs, NM 8820
(505) 392-3066

## OKLAHOMA:

**STS** (WL/SL)
1901 North 13th St.
McAlester, OK 74501
(918) 426-1042

**STS** (WL/SL)
1500 S. Washington
Elk City, OK 73644
(580) 225-7520

## TEXAS:

**STS** Corporate Office
1600 East Hwy 6, Ste. 418
Alvin, TX 77511
(281) 585-7000

**STS** (WL/SL/PS/CT)
1131 East FM 517
Alvin, TX 77511
(281) 331-1800

**STS** Fabrication Shop
7650-D CR 48 North
Iowa Colony, TX 77583
(281) 431-6770

**STS** (TT/PS/CT)
7650 C.R. 48
Iowa Colony, TX 77583
(281) 431-8100

**STS** Houston Sales
12621 N. Featherwood, Ste. 260
Houston, TX 77034
(281) 464-6655

**STS** South Texas Sales
500 North Water St, Ste. 410
Corpus Christi, TX 78471
(361) 879-0905

**STS** (FS/TT/PS/CT)
4557 Baldwin Blvd.
Corpus Christi, TX 78408
(361) 884-6411

**STS** (WL/SL)
3804 E Rio Grande
Victoria, TX 77901
(361) 572-3013

**STS** (WL/SL/PF/EL)
3813 S HWY 281
Alice, TX 78333
(361) 668-3220

**STS** (WL/SL)
6501 E. North 281
Edinburg, TX 78540
(956) 380-1997

**STS** (WL/SL)
South Texas Industrial Park
HWY 359
Laredo, TX 78044
(956) 718-2734

**STS** (WL/SL/PS/CT)
6290 Reynolds Rd
Tyler, TX 75708
(903) 526-4777

**STS** Dallas Sales
7501 S. Copper St.
Arlington, TX 76001
(817) 548-4282

**STS** (WL/SL)
965 Advance Rd.
Midland, TX 79701
(432) 684-6124

## WYOMING:

**STS** (WL/SL/TT/PS)
1897 Yellowstone Rd
Rock Springs, WY 82901
(307) 382-0974

**STS** (WL/SL/TT)
1645 Elk Street
Rock Springs, WY 82901
(307) 382-2105

---

CT - Coil Tubing Support Equipment
EL - Eland
FS - Frac Stack Equipment
GP - Gravel Pack Support Equipment
PF - Performance Fluids
PS - Production Services
TT - Thru Tubing
WL - Wireline
SL - Slickline
PR - Pipe Recovery

**EXHIBIT "C"**