OIL STATES MANAGEMENT, INC.
POST OFFICE BOX 670
ARLINGTON, TX 76004-0670

Date 10/28/2011

PAY
*** VOID ***   *** VOID ***   *** VOID ***   *** VOID ***   *** VOID ***

***$0.00

TO THE ORDER OF
/8287 /01/
DAVID A. HALL
3934 LOS ARROYOS
CORPUS CHRISTI, TX 78414

NON-NEGOTIABLE

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

OIL STATES MANAGEMENT, INC.
POST OFFICE BOX 670
ARLINGTON, TX 76004-0670

DAVID A. HALL
3934 LOS ARROYOS
CORPUS CHRISTI, TX 78414

| | | | | |
|---|---|---|---|---|
| Emp No | 204340 | FIT M 1 | Advice No | 332649 |
| Location | 01 | SIT res M 0 | Advice Date | 10/28/2011 |
| Division | 82 | SIT work M 0 | Period End | 10/23/2011 |
| Department | 8287 | | Paygroup | STSBW |
| Labor Code | 0002 | | Job | EHCSV1 |
| GL Location | 19 | | Pay Rate | 18.4615 |

COMPANY MESSAGE

### EARNINGS

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus Pay | | 4,325.00 | 10,600.00 |
| EAGLE | | 200.00 | 200.00 |
| Holiday | | | 147.69 |
| Per Diem | | 416.00 | 1,048.00 |
| Regular Wages | 80.00 | 1,476.92 | 7,089.22 |

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| 401(k) | 1,200.38 | 3,607.37 |
| Auto | 32.31 | 64.62 |
| Dental Plan A | 1.18 | 5.90 |
| Emp AD&D | 4.52 | 22.60 |
| Emp Sup Life | 2.77 | 13.85 |
| LTD Buy-up | 3.69 | 18.45 |
| Medical Plan | 29.99 | 149.95 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 975.59 | 2,503.86 |
| Employee Medica | 86.58 | 259.28 |
| Social Security | 250.77 | 751.00 |

EMPLOYEE ACCRUALS

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| 1895243 | C | 3,830.14 |

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 6,417.92 | 1,312.94 | 1,274.84 | 3,830.14 | | |
| YTD | 19,084.91 | 3,514.14 | 3,882.74 | 11,688.03 | Total Net Pay | 3,830.14 |

EXHIBIT "D"